Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Proposed Attorneys for Marilyn D. Garner, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In Re: | § § § | |
| JOSEPH JOHN TERNDRUP, | § § | Case No. 25-44558-elm7 |
| Debtor. | § § § § | |

## TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON <u>JANUARY 30, 2026,</u> WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Marilyn D. Garner, Chapter 7 Trustee in the above styled and numbered case (the "Trustee" and/or "Applicant"), makes this **Trustee's Application for Employment of Attorney** and would

show the Court as follows:

1.      The Trustee requires the services of an attorney for the following purposes:

a.      To review the Debtor's financial affairs, his liquidation and sales of numerous businesses in the past year from LLCs and the disposition of funds.

b.      To advise and consult with the Trustee concerning questions arising in the conduct of the administration of the estate and concerning the Trustee's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

c.      To appear for, prosecute, defend and represent the Trustee's interest in suits arising in or related to this case;

d.      To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate; and

e.      To investigate what means may be necessary to preserve certain property rights owned by the estate and to determine and take all necessary and reasonable actions for the preservation and/or liquidation of such assets where necessary.

2.      For the foregoing and all other necessary and proper purposes, Applicant desires to retain the law firm of CAVAZOS HENDRICKS POIROT, P.C. as counsel.

3.      Because the attorneys of CAVAZOS HENDRICKS POIROT, P.C. concentrate their practice in the fields of bankruptcy, corporate reorganization and debtor/creditor matters, and because of the firm's experience in those fields, Applicant feels that they are well qualified to render the foregoing services.

4.      Applicant believes that said attorneys do not hold or represent any interest adverse to that of your applicant or this bankruptcy estate, and that said attorneys are disinterested persons within the meaning of 11 U.S.C. § 101(14).  Attached hereto is the Rule 2014 Statement of Connections signed by Lyndel Anne Vargas, a shareholder of CAVAZOS HENDRICKS POIROT, P.C. Applicant is informed that the normal hourly billing rates of said attorneys range between $350 per hour and $700 per hour and $100 to $250 per hour for paraprofessional services. Said attorneys estimate their fees will range from $5,000.00-$15,000.00 unless contested litigation becomes

necessary, and it is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates.

5.      Applicant understands that said attorneys will seek compensation, both on an interim basis during the case as permitted by 11 U.S.C. § 331 and on a final basis, pursuant to 11 U.S.C. § 330.

WHEREFORE, Applicant prays that she be authorized to employ the law firm of CAVAZOS HENDRICKS POIROT, P.C. as her attorneys to render services in the areas described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted,


*Marilyn D. Garner*
Marilyn D. Garner, Chapter 7 Trustee

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served January 9, 2026 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following:

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

Tyler Stephen Sims
Sims Law, PLLC
5601 Bridge Street Suite 300
Fort Worth, TX 76112

Carrington Mortgage Services, LLC
c/o Jeffrey S. Fraser
Albertelli Law
6565 N. MacArthur Blvd., Suite 470
Irving, TX 75039

Joseph John Terndrup
3412 Beekman Dr
Keller, TX 76244

City of Burleson, Burleson ISD, Johnson CO
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins
& Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010

Respectfully submitted,

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Proposed Attorneys for Marilyn D. Garner,
Chapter 7 Trustee

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Proposed Attorneys for Marilyn D. Garner, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| JOSEPH JOHN TERNDRUP, | § § | Case No. 25-44558-elm7 |
| Debtor. | § § § § | |

## RULE 2014 STATEMENT OF CONNECTIONS

I, Lyndel Anne Vargas, hereby declare under penalty of perjury the following:

I am a shareholder in the law firm of Cavazos Hendricks Poirot, P.C. and have been asked to be employed as attorney for the Trustee in this case.

Neither I, nor Cavazos Hendricks Poirot, P.C., has any known connections with the Debtor, the United States Trustee or any person employed in the office of the United States Trustee, and – to the extent heretofore identified in the filings in this case – the creditors, any other party in interest, their respective attorneys or accountants.

Dated this 9th day of January 2026.

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas