Fill in this information to identify your case:

Debtor 1      __Joseph____   __John____   __Terndrup_____
              First Name     Middle Name   Last Name

Debtor 2      _____
(Spouse, if filing)
              First Name     Middle Name   Last Name

United States Bankruptcy Court for the:    __Northern District of Texas____

Case number        __25-44558-7_____
(if known)

☑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street _____ | From _____ To _____ | _____ Number   Street _____ | From _____ To _____ |
| _____ City   State  ZIP Code | | _____ City   State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street _____ | From _____ To _____ | _____ Number   Street _____ | From _____ To _____ |
| _____ City   State  ZIP Code | | _____ City   State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Joseph** | **John** | **Terndrup** | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $26,185.90 | ❑ Wages, commissions, bonuses, tips | |
| | ❑ Operating a business | | ❑ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips | $193,885.00 | ❑ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | (130,449.00) | ❑ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips | $143,632.00 | ❑ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | (118,898.00) | ❑ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | | | | |

Debtor 1     **Joseph**      **John**      **Terndrup**        Case number *(if known)* **25-44558-7**

First Name      Middle Name      Last Name

**Part 3:**   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.     **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

       ❏ No. Go to line 7.

       ☑ Yes.    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

       * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

❏ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

       ❏ No. Go to line 7.

       ❏ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Bank of America** <br> Creditor's Name <br> **100 North Tryon Street, NC1-007-56-06** <br> Number   Street <br> **Charlotte, NC 28255** <br> City   State   ZIP Code | **10/26/2025** <br><br> **09/26/2025** <br><br> **08/26/2025** | **$1,928.25** | **$23,137.50** | ❏ Mortgage <br> ☑ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other ____ |
| **Carrington Mortgage Services** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **1600 South Douglass Road, Stes 110 & 200-A** <br> Number   Street <br> **Anaheim, CA 92806** <br> City   State   ZIP Code | **Monthly** | **$8,700.00** | **$343,768.00** | ☑ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other ____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❏ Yes. List all payments to an insider.

| Debtor 1 | **Joseph** | **John** | **Terndrup** | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **PINNACLE BANK, v. UNDG F&P, LLC, SUNNY LARK CO., UNDG VENTURES, LLC, DRUPS CO, LLC, and JOSEPH J. TERNDRUP** | **Business breach of contract suit** | **COUNTY COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA**<br>Court Name<br>**301 South Monroe Street**<br>Number     Street<br>**Tallahassee, FL 32301**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **2025 CA 001638** | | | |

Debtor 1    **Joseph          John          Terndrup**                    Case number *(if known)* **25-44558-7**
            First Name    Middle Name    Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **D WATKINS INVESTMENTS, LLC, as assignee of DLW VENTURES, INC. V. UNDG F&P, LLC, and JOSEPH TERNDRUP**<br><br>Case number **4:25-CV-00432-MW-MAF** | **Business breach of contract suit** | **United States District Court For the Northern District of Florida Tallahassee Division**<br>Court Name<br><br>**123 S. Calhoun Street**<br>Number      Street<br><br>**Tallahassee, FL 32301**<br>City          State    ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| Case title **CHARI PACK and CHARI VENTURES LLC f/k/a Persnickety Prints, LLC v. PERSNICKETY LLC, et al.**<br><br>Case number **2:25-cv-00947-JNP** | **Breach of Contract (against Persnickety LLC)**<br>**Breach of Guaranty (against Joseph Terndrup)**<br>**Conspiracy to Defraud Creditors (against Persnickety LLC, Joseph Terndrup, and Uplily, LLC)**<br>**Violation of Uniform Voidable Transactions Act (against Persnickety LLC, Joseph Terndrup, and Uplily, LLC)**<br>**Violation of UCC § 9-610 (against Veritex Community Bank for the commercially unreasonable sale)**<br>**Breach of Implied Covenant of Good Faith and Fair Dealing (against Persnickety LLC and Joseph Terndrup)**<br>**Unjust Enrichment (against Persnickety LLC, Joseph Terndrup, and Uplily, LLC)** | **UNITED STATES DISTRICT COURT for the District of Utah**<br>Court Name<br><br>**351 S W Temple St**<br>Number      Street<br><br>**Salt Lake City, UT 84101**<br>City          State    ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | | _____ | _____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

Official Form 107             **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **5**

| Debtor 1 | **Joseph** | **John** | **Terndrup** | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number     Street | | _____ | _____ |
| _____ City          State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❑ Yes

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number     Street | | | |
| _____ City          State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

❑ No

☑ Yes. Fill in the details for each gift or contribution.

Debtor 1   **Joseph**   **John**   **Terndrup**        Case number *(if known)* **25-44558-7**

First Name       Middle Name       Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Gateway Church** <br> Charity's Name <br><br><br> **700 Blessed Way** <br> Number   Street <br><br> **Southlake, TX 76092** <br> City       State   ZIP Code | **Cash contribution** | **2024-2025** | **$1,900.00** |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Vida Law Group** <br> Person Who Was Paid <br> **3000 Central Dr.** <br> Number   Street <br><br> **Bedford, TX 76021** <br> City       State   ZIP Code <br><br> Email or website address <br> **Entity: DrupsCo LLC** <br> Person Who Made the Payment, if Not You | | **02/10/2025** | **$2,400.00** |

Debtor 1   **Joseph        John              Terndrup**

Case number *(if known)* **25-44558-7**

First Name         Middle Name         Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Sims Law, PLLC** | **Attorney's Fee** | | |
| Person Who Was Paid | | 05/24/2025 | $2,099.00 |
| **5601 Bridge St, Suite 300** | | | |
| Number    Street | | | |
| | | | |
| **Fort Worth, TX 76112** | | | |
| City           State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Second Wind Consultants** | **Winding down of LLCs** | | |
| Person Who Was Paid | | 10/25/2025 | $69,580.00 |
| **47 Pleasant St Ste 2-S** | | | |
| Number    Street | | | |
| | | | |
| **Northampton, MA 01060** | | | |
| City           State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| **Multiple Entities: Drups Co LLC, Drups Ventures LLC** | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | | |
| | | | |
| | | | |
| City           State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

Official Form 107                      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                                     page **8**

| Debtor 1 | **Joseph** | **John** | **Terndrup** | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **HoldingCo LLC**<br>Person Who Received Transfer<br><br>**5900 Balcones Drive STE 100**<br>Number    Street<br><br>**Austin, TX 78731**<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**Consultant/mananger relationship to support in transitioning assets, not a member** | **DrupsCo LLC owned 4816 Rincon Way, Fort Worth, TX**<br>**FFIN & Veritex both had liens on the property. Property was sold with their permission and the payments for the property went to both banks to pay off their respective loans or portions thereof.**<br>**They approved of the sale to HoldingCo LLC.**<br>**Debtor and his companies received no cash from the**<br>**sale other than cash that was paid to the banks.** | **$326,000.00 to lienholders and transaction fees** | **07/28/2025** |
| **Pinnacle Financial Partners**<br>Person Who Received Transfer<br><br>**250 West Lancaster Avenue**<br>Number    Street<br><br>**Fort Worth, TX 76102**<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**Secured Creditor of Sunny Lark, LLC, Undg F&P LLC** | **$100,000 purchase price of all remaining assets of Sunny Lark, LLC, Undg F&P, LLC transferred to Uplily LLC**<br>**Pinnacle was a secured creditor.** | | **06/10/2025** |
| **Veritex Community Bank**<br>Person Who Received Transfer<br><br>**8214 Westchester Drive 100**<br>Number    Street<br><br>**Dallas, TX 75225**<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**Secured creditor of Persnickety LLC** | **$115,000 sale price to Veritex; remaining assets of Persnickety LLC transferred to Uplily LLC**<br>**Veritex is a secured creditor of the LLC** | | **07/28/2025** |
| **Uplily LLC**<br>Person Who Received Transfer<br><br>**5900 Balcones Dr Ste 100**<br>Number    Street<br><br>**Austin, TX 78731**<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**Debtor is manager - not member of LLC** | **Trademarks from Persnickety LLC:**<br>**Persnickety Prints (class 35)**<br>**Persnickety Prints (class 40)**<br>**Trademarks from Undg F&P LLC:**<br>**SolButter**<br>**GloFx**<br>**Tacoma Aroma**<br>**Purple Canyon**<br>**Uplily**<br>**Space Whip**<br>**Trademarks from Sunny Lark LLC**<br>**Sunny Lark**<br>**FJ4L** | **All part of SBA liquidations with Pinnacle Financial Partners and Veritex Community Bank** | **06/02/2025** |

Debtor 1    **Joseph**         **John**            **Terndrup**                    Case number *(if known)* **25-44558-7**
            First Name       Middle Name          Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **HoldingCo LLC**<br>Person Who Received Transfer<br><br>**5900 Balcones Dr Ste 100**<br>Number    Street<br><br>**Austin, TX 78731**<br>City           State    ZIP Code<br><br>Person's relationship to you<br><br>**Debtor is manager - not member of LLC** | **Trademarks from DrupsCo LLC:**<br>**Kiddo Kind**<br>**Goblins and Glory**<br>**Trademarks from Debtor:**<br>**Cushy Tushy**<br>**DrupsCo** | **Part of the SBA loan liquidation sale** | **03/01/2025** |
| **Uplily LLC**<br>Person Who Received Transfer<br><br>**5900 Balcones Dr Ste 100**<br>Number    Street<br><br>**Austin, TX 78731**<br>City           State    ZIP Code<br><br>Person's relationship to you<br><br>**Debtor is manager - not member of LLC** | **Trademarks from Drups Co LLC(liquidation):**<br>**CuteyCo**<br>**FashionJunkie4Life**<br>**Drups Investing**<br>**Trademark from Undg Ventures LLC:**<br>**Crafty Sand** | **Part of liquidation sale** | **03/01/2025** |
| **Uplily LLC**<br>Person Who Received Transfer<br><br>**5900 Balcones Dr Ste 100**<br>Number    Street<br><br>**Austin, TX 78731**<br>City           State    ZIP Code<br><br>Person's relationship to you<br><br>**Debtor is manager - not member of LLC** | **Trademarks from Drups Ventures LLC:**<br>**Sandsational**<br>**Sandsational Sparkle** | **Part of liquidation of Drups Ventures LLC** | **03/01/2025** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

Debtor 1    **Joseph          John            Terndrup**                    Case number *(if known)* **25-44558-7**

First Name          Middle Name          Last Name

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other _____ | _____ | _____ |
| **Number      Street** | | | | |
| **City          State    ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ❑ No<br>❑ Yes |
| **Number      Street** | **Number      Street** | | |
| **City          State    ZIP Code** | **City                State    ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

❑ Yes. Fill in the details.

Debtor 1   **Joseph**          **John**              **Terndrup**                          Case number *(if known)* **25-44558-7**

First Name        Middle Name        Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❏ No |
| | | | ❏ Yes |
| **Name of Storage Facility** | **Name** | | |
| | | | |
| **Number   Street** | **Number   Street** | | |
| | | | |
| | **City          State    ZIP Code** | | |
| **City            State    ZIP Code** | | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | |
| **Owner's Name** | **Number   Street** | | |
| | | | |
| **Number   Street** | | | |
| | **City          State    ZIP Code** | | |
| **City            State    ZIP Code** | | | |

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **12**

Debtor 1    **Joseph**         **John**              **Terndrup**                               Case number *(if known)* **25-44558-7**

First Name         Middle Name         Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

_____

**Name of site**

Governmental unit

_____

**Number     Street**

Number     Street

_____

City          State     ZIP Code

_____

**City          State     ZIP Code**

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

_____

**Name of site**

Governmental unit

_____

**Number     Street**

Number     Street

_____

City          State     ZIP Code

_____

**City          State     ZIP Code**

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❏ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|

**Case title** _____

Court Name

❏ Pending
❏ On appeal
❏ Concluded

_____

Number     Street

**Case number**

City          State     ZIP Code

| Debtor 1 | **Joseph** | **John** | **Terndrup** | | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☑ A partner in a partnership
- ☑ An officer, director, or managing executive of a corporation
- ☑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

**Drups Co LLC**
Name

200 Centre dr ste 3
Number     Street

Burleson, TX 76028
City          State     ZIP Code

**Describe the nature of the business**

Real Estate Holding Company-Operations ceased as of 6/1/2025.All Real Estate was sold as of 7/28/2025. Took until 09/19/2025 to wrap up and terminate the company with the TX SoS.

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From  **04/01/2019**  To  **07/28/2025**

---

**Drups Ventures LLC**
Name

200 Centre dr ste 3
Number     Street

Burleson, TX 76028
City          State     ZIP Code

**Describe the nature of the business**

ECommerce Consumer Products, Operations Consulting. Operations all stopped as of June 2025. Officially Terminated with the state of Texas as of 9/18/2025

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From  **12/31/2015**  To  **06/01/2025**

---

**Sunny Lark LLC**
Name

200 Centre dr ste 3
Number     Street

Burleson, TX 76028
City          State     ZIP Code

**Describe the nature of the business**

Jewelry ECommerce Consumer Products- Most operations ceased, and assets were sold off June 10, 2025. There were projects that needed to be wrapped up, expenses paid, and everything transitioned to the new owner which continued through Sep 2025.The entity has not been terminated yet although it is empty of assets and still owes a significanty sum of money that can't be paid back to the SBA & Pinnacle bank.

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From  **10/06/2021**  To  **06/10/2025**

---

**Undg F&P LLC**
Name

3624 N Monroe St.
Number     Street

Tallahassee, FL 32303
City          State     ZIP Code

**Describe the nature of the business**

EDM and Health & Wellness ECommerce Consumer Products- Most operations ceased, and assets were sold off June 10, 2025. There were a few lingering expenses paid July-Sep.The entity has not been terminated yet although it is empty of assets and still owes a significant sum of money that can't be paid back to the SBA & Pinnacle bank.

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From  **01/23/2019**  To  **06/10/2025**

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **14**

| Debtor 1 | **Joseph** | **John** | **Terndrup** | | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Persnickety LLC**<br>Name | Photo and Related ECommerce Consumer Products- Most operations ceased, and assets were sold off June 27, 2025.The entity has not been terminated yet although it is empty of assets and still owes a significant sum of money that can't be paid back to the SBA & Veritex bank. | EIN: __ __ – __ __ __ __ __ __ __ |
| **190 N Orem Blvd.**<br>Number    Street | Name of accountant or bookkeeper | **Dates business existed** |
| **Orem, UT 84057**<br>City          State    ZIP Code | | From  **05/24/2023**  To **06/27/2025** |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Drups Ecosystem LP**<br>Name | None - This was an entity that was never used for anything. It was meant to be a holding company for future acquisitions that ended up going no where. | EIN: __ __ – __ __ __ __ __ __ __ |
| **3412 Beekman dr**<br>Number    Street | Name of accountant or bookkeeper | **Dates business existed** |
| **Fort Worth, TX 76244**<br>City          State    ZIP Code | | From  **03/22/2024**  To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Drups Net LLC**<br>Name | None - This was an entity that was never used for anything. It was meant to be a holding company for future acquisitions that ended up going no where. | EIN: __ __ – __ __ __ __ __ __ __ |
| **3412 Beekman dr**<br>Number    Street | Name of accountant or bookkeeper | **Dates business existed** |
| **Fort Worth, TX 76244**<br>City          State    ZIP Code | | From  **09/15/2023**  To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Uplily LLC**<br>Name | ECommerce | EIN: __ __ – __ __ __ __ __ __ __ |
| **5900 Balcones Dr Ste 100**<br>Number    Street | Name of accountant or bookkeeper | **Dates business existed** |
| **Austin, TX 78731**<br>City          State    ZIP Code | | From  **08/27/24**  To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **HoldingCo LLC**<br>Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| **5900 Balcones Dr Ste 100**<br>Number    Street | Name of accountant or bookkeeper | **Dates business existed** |
| **Austin, TX 78731**<br>City          State    ZIP Code | | From  **08/21/2024**  To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

❑ No

☑ Yes. Fill in the details below.

Debtor 1   **Joseph**            **John**                  **Terndrup**                                    Case number *(if known)* **25-44558-7**
           First Name          Middle Name              Last Name

**Date issued**

**Fundex Solutions Group**
**Pinnacle Financial Partners, Inc.**     _____
**First Financial Bankshares, Inc.**      MM / DD / YYYY
**Veritex Community Bank DLW**
**Ventures LLC Christina**
**Peterson Chari Pack**
Name

_____
Number     Street

_____

_____
City                    State     ZIP Code

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true
and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a
bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X  /s/ Joseph John Terndrup**
Signature of Joseph John Terndrup, Debtor 1

Date **01/28/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **16**