Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Proposed Attorneys for Marilyn D. Garner, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOSEPH JOHN TERNDRUP, | § | Case No. 25-44558-elm7 |
| | § | |
| Debtor. | § | |

# CERTIFICATE OF NO OBJECTIONS FILED

Marilyn D. Garner, the Chapter 7 Trustee (the "Trustee"), hereby certifies to the Court with regard to the *Trustee's Application for Employment of Attorney* [Docket No. 15] that all parties have been notified of the Application by proper service, that the twenty-one day deadline for response or objection has passed as of January 30, 2026, and that to her knowledge, no objections or responses have been filed or served upon our office as of the time of filing of this Certificate.

Dated this 2nd day of February 2026.

Respectfully submitted,

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Proposed Attorneys for Marilyn D. Garner,
Chapter 7 Trustee