Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

Attorneys for Marilyn D. Garner, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| JOSEPH JOHN TERNDRUP, | § | Case No. 25-44558-elm7 |
| Debtor. | § | |

# UNOPPOSED MOTION TO EXTEND DEADLINE FOR CHAPTER 7 TRUSTEE TO FILE A DISCHARGEABILITY COMPLAINT

Marilyn D. Garner, the Chapter 7 Trustee (the "Trustee") in this case, files this **Unopposed Motion to Extend Deadline for Trustee to File a Dischargeability Complaint** (the "Motion") and, in support of same, would respectfully show the Court as follows:

1. This case was initiated in Chapter 7 through the filing of the voluntary petition on November 21, 2025 (the "Petition Date") by Joseph John Terndrup (the "Debtor").

2. Marilyn D. Garner was duly appointed as the Chapter 7 Trustee.

3. The Trustee's deadline to object to the Debtors' discharge of debts under 11 U.S.C. § 727 presently is February 28, 2026.

4. The Debtor has not yet provided all documents requested concerning his financial affairs and counsel for the Trustee needs more time to review his financial affairs and the disposition of three prior businesses.

5. The Trustee therefore requests that the deadline for her to file a complaint pursuant to 11 U.S.C. § 727 be extended from February 28, 2026, to May 28, 2026.

6. Debtor's counsel has advised that he does not oppose this extension.

WHEREFORE, the Trustee requests that this Court enter the attached stipulated proposed order extending her deadline and that of the Office of the US Trustee for filing a complaint under 11 U.S.C. § 727 to May 28, 2026.

Dated: Feb. 12, 2026.

Respectfully Submitted,

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn D. Garner,
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 12th day of February 2026 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas