**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOSEPH JOHN TERNDRUP, | § | Case No. 25-44558-elm7 |
| | § | |
| Debtor. | § | |
| | § | |

# STIPULATED ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR CHAPTER 7 TRUSTEE TO FILE A DISCHARGEABILITY COMPLAINT

On this day came for consideration the ***Unopposed Motion to Extend Deadline for Chapter 7 Trustee to File a Dischargeability Complaint*** (the “Motion”) [Doc No. ___]. The Court, having considered the Motion, agrees to enter into this Stipulated Order and finds that the relief requested therein should be granted; it is therefore,

**ORDERED** that the deadline for Trustee to file her dischargeability complaint, if any, pursuant to 11 U.S.C. § 727 is extended to May 28, 2026.

**### END OF ORDER ###**

Order approved by:

*/s/ Lyndel Anne Vargas*____________
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Email: LVargas@chfirm.com

COUNSEL FOR THE TRUSTEE

*/s/_Tyler Sims* _______
Tyler Stephen Sims
State Bar No. 24088418
Sims Law, PLLC
5601 Bridge Street Suite 300
Fort Worth, TX 76112
(469) 751-7467
Email: tyler@simslawpllc.com

COUNSEL FOR THE DEBTOR

Order submitted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Marilyn D. Garner, Chapter 7 Trustee