

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 16, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:  25-44558 |
| | § | |
| | § | CHAPTER 7 |
| JOSEPH JOHN TERNDRUP, | § | |
| | § | |
| DEBTOR | § | |

## ORDER APPROVING REAFFIRMATION AGREEMENT

CAME ON BEFORE THE COURT, Joseph Terndrup, Debtor herein, requested the approval of the reaffirmation agreement with Carrington Mortgage Services, LLC.  The Court, being advised, is of the opinion that the Order should be granted.

ORDERED that the reaffirmation agreement filed by Carrington Mortgage Services, LLC is approved.

#END OF ORDER#

Presented by:

/s/ Tyler S. Sims
Tyler S. Sims
SBOT No.:24088418
Sims Law, PLLC
5601 Bridge St, Suite 300
Fort Worth, TX 76112
469.751.7467 Phone
866.966.7480 Fax