Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **John** | **Terndrup** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number **25-44558-7**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.

    ☑ Yes. Where is the property?

1.1  **Single family home, 3 bedrooms, 2 bath.**
Street address, if available, or other description

**3412 Beekman Dr**

**Keller, TX 76244**
City          State          ZIP Code

**Tarrant**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$420,039.00** | **$420,039.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................................... ➜ | **$420,039.00** |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor **Terndrup, Joseph John**  Case number *(if known)* **25-44558-7**

| | 3.1 | Make: | **Toyota** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

3.1

Make: **Toyota**

Model: **Highlander XLE**

Year: **2020**

Approximate mileage: **34104**

Other information:

**VIN: 5TDGZRAH5LS003233**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $24,500.00 | $24,500.00 |

If you own or have more than one, describe here:

3.2

Make: **Toyota**

Model: **Rav4 XLE**

Year: **2017**

Approximate mileage: **71348**

Other information:

**VIN: JTMWFREV5HJ149351**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,500.00 | $16,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

4.1

Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................. ➔ | **$41,000.00** |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Official Form 106A/B  **Schedule A/B: Property**  page **2**

Debtor **Terndrup, Joseph John**                                        Case number *(if known)* **25-44558-7**

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........  | **See Attached.** | **$2,819.00**

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........  | **See Attached.** | **$1,562.00**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........  | **See Attached.** | **$810.00**

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........  | **Old Camera** <br><br> **Weight System - All Weights & Work-out Accessories** | **$420.00**

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........  | **Shotgun + misc accessories** | **$100.00**

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........  | | **$1,813.00**

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........  | **See Attached.** | **$9,307.50**

Debtor **Terndrup, Joseph John**                                    Case number *(if known)* **25-44558-7**

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
      information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here** ................................................................................ ➡          **$16,831.50**

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ............................................................................................................ Cash: ...................                **$0.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses,
    and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................      Institution name:

|  |  |  |
|---|---|---|
| 17.1. Checking account: | **Bank of America** <br> **Account Number: XXXXXXXX6538** | **$0.00** |
| 17.2. Checking account: | **SoFi** <br> **Account Number: XXXXXXXX5171** | **$2,002.98** |
| 17.3. Savings account: | **Citizens** <br> **Account Number: 3159** | **$0.09** |
| 17.4. Savings account: | **Citizens** <br> **Account Number: 4958** | **$1.65** |
| 17.5. Savings account: | **Citizens** <br> **Account Number: 4421** | **$0.08** |
| 17.6. Savings account: | **SoFi** <br> **Account Number: 2456** | **$0.00** |

---

Debtor **Terndrup, Joseph John**                                    Case number *(if known)* **25-44558-7**

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes .................... Institution or issuer name:

    | | |
    |---|---|
    | **Drive Link Holdings LLC Shares: 2.5%** <br> **Business was in financial distress and looks like it shut down and sold off it's** <br> **assets to pay creditors. As far as I understand, it's not worth anything and is not** <br> **in business anymore.** | **$0.00** |
    | **Drups Co LLC Shares: 100%** <br> **Business operations have ended** | **$0.00** |
    | **Drups Ecosystem LP** <br> **Entity never used for anything. Empty entity.** | **$0.00** |
    | **Drups Net LLC** <br> **Entity never used for anything. Empty entity.** | **$0.00** |
    | **Drups Ventures LLC** <br> **Business operations have ended** | **$0.00** |
    | **Persnickety LLC Shares: 84.5%** <br> **Business operations have ended** | **$0.00** |
    | **Sunny Lark LLC Shares: 100%** <br> **Business operations have ended** | **$0.00** |
    | **Undg F&P LLC Shares: 97%** <br> **Business operations have ended** | **$0.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................   Name of entity:                                    % of ownership:

    | | |
    |---|---|
    | | |
    | | |
    | | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................   Issuer name:

    | |
    |---|
    | |
    | |
    | |

---

Debtor **Terndrup, Joseph John** _____   Case number *(if known)* **25-44558-7**

---

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
    account separately.   Type of account:        Institution name:

    401(k) or similar plan: _____   _____

    Pension plan: _____   _____

    IRA: _____   _____

    Retirement account: _____   _____

    Keogh: _____   _____

    Additional account: _____   _____

    Additional account: _____   _____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ....................        Institution name or individual:

    Electric: _____   _____

    Gas: _____   _____

    Heating oil: _____   _____

    Security deposit on rental unit: _____   _____

    Prepaid rent: _____   _____

    Telephone: _____   _____

    Water: _____   _____

    Rented furniture: _____   _____

    Other: _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ....................   Issuer name and description:

    _____   _____

    _____   _____

    _____   _____

---

Debtor  **Terndrup, Joseph John**                                                    Case number *(if known)* **25-44558-7**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    Federal:

    State:

    Local:

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Official Form 106A/B                     **Schedule A/B: Property**                                    page **7**

Debtor **Terndrup, Joseph John**

Case number *(if known)* **25-44558-7**

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Equitable** | **Bina Terndrup** | **$0.00** |
| **Ladder Life** | **Bina Terndrup** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

Official Form 106A/B | **Schedule A/B: Property** | page **8**

Debtor **Terndrup, Joseph John**                                            Case number *(if known)* **25-44558-7**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................................ ➡ | **$2,004.80**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                                          % of ownership:

---

Debtor **Terndrup, Joseph John**                                    Case number *(if known)* **25-44558-7**

---

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ......................................................................................... ➜  | **$0.00** |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|---|
|         | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .........................

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
       information. ............

---

Debtor __**Terndrup, Joseph John**_____     Case number *(if known)* __**25-44558-7**__

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................................................................➞  | **$0.00** |

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➞  | **$0.00** |

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................................➞  | **$420,039.00** |

56. **Part 2: Total vehicles, line 5**                                           $41,000.00

57. **Part 3: Total personal and household items, line 15**                    $16,831.50

58. **Part 4: Total financial assets, line 36**                                 $2,004.80

59. **Part 5: Total business-related property, line 45**                          $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                 $0.00

61. **Part 7: Total other property not listed, line 54**                    +     $0.00

62. **Total personal property.** Add lines 56 through 61. ...............   | $59,836.30 |   Copy personal property total ➞   | + $59,836.30 |

---

Debtor **Terndrup, Joseph John**                                    Case number *(if known)* **25-44558-7**

---

63.    **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................    | **$479,875.30** |

Debtor **Terndrup, Joseph John** _____    Case number *(if known)* **25-44558-7**

---

| | Continuation Page |
|---|---|

| | | |
|---|---|---|
| **6.** | **Household goods and furnishings** | |
| | **Backpacks, purses** | **$60.00** |
| | **BED** | **$630.00** |
| | **CHINA / SILVERWARE** | **$7.50** |
| | **CHINA CABINET** | **$25.00** |
| | **CLOTHES DRYER** | **$25.00** |
| | **COFFEE TABLE** | **$40.00** |
| | **Desks and bookshelves** | **$325.00** |
| | **DINING TABLE** | **$25.00** |
| | **DISH WASHER** | **$50.00** |
| | **DISHES / FLATWARE** | **$10.00** |
| | **Dishes, Plasticware, pots & pans, cups, mugs, bottles, & misc kitchen wares** | **$326.00** |
| | **DRESSER(S) / NIGHTSTAND(S)** | **$190.00** |
| | **END TABLES** | **$60.00** |
| | **Entertainment Center / Tv Cabinet** | **$50.00** |
| | **KITCHEN TABLE** | **$150.00** |
| | **LAMPS / ACCESSORIES** | **$23.00** |
| | **LAWNMOWER** | **$25.00** |
| | **Loveseat(s)** | **$200.00** |
| | **MICROWAVE** | **$20.00** |
| | **POTS / PANS / COOKWARE** | **$25.00** |
| | **Power Tools & Misc Tools** | **$100.00** |
| | **REFRIGERATOR / FREEZER** | **$150.00** |
| | **SOFA TABLES** | **$60.00** |
| | **Sofa(s)** | **$150.00** |
| | **STOVE** | **$50.00** |
| | **WASHING MACHINE** | **$25.00** |
| | **YARD /LANDSCAPING TOOLS** | **$17.50** |
| **7.** | **Electronics** | |

Debtor **Terndrup, Joseph John**                                    Case number *(if known)* **25-44558-7**

| | Continuation Page | |
|---|---|---:|
| | **CELLULAR TELEPHONES** | **$125.00** |
| | **DVD PLAYER** | **$40.00** |
| | **Old Computer(s) and Electronics** | **$350.00** |
| | **PERSONAL COMPUTER** | **$100.00** |
| | **STEREO** | **$15.00** |
| | **Tablets** | **$320.00** |
| | **TV - 30 inch 10+ yrs old** | **$15.00** |
| | **TV - 50 inch 5+ yrs old** | **$50.00** |
| | **VHS PLAYER** | **$10.00** |
| | **VIDEO GAME SYSTEM** | **$537.00** |
| **8.** | **Collectibles of value** | |
| | **Adult Books and Kids Books 300+** | **$375.00** |
| | **DVDs, VHS, misc compact discs** | **$85.00** |
| | **Family pictures and photo books** | **$0.00** |
| | **Wall decor, office decor, shelf decor, misc decor** | **$350.00** |
| **12.** | **Jewelry** | |
| | **Misc inexpensive bracelets** | **$20.00** |
| | **Misc inexpensive earrings** | **$90.00** |
| | **Misc inexpensive necklaces** | **$100.00** |
| | **Misc inexpensive rings** | **$37.50** |
| | **Misc inexpensive watches** | **$60.00** |
| | **Wife's Wedding Ring + Mother's Diamond White gold band pair wedding** | **$9,000.00** |

<table>
<tr><td colspan="4">Fill in this information to identify your case:</td></tr>
</table>

Debtor 1    **Joseph**      **John**      **Terndrup**

First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**

Case number    **25-44558-7**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **Single family home, 3 bedrooms, 2 bath.**<br>**3412 Beekman Dr Keller, TX 76244**<br><br>Line from *Schedule A/B*: **1.1** | **$420,039.00** | ☑   **$76,271.00**<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ❑ No

       ❑ Yes

| Debtor 1 | **Joseph** | **John** | **Terndrup** | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2020 Toyota Highlander XLE**<br>VIN: **5TDGZRAH5LS003233**<br>Line from *Schedule A/B:* **3.1** | **$24,500.00** | ☑ **$1,909.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2017 Toyota Rav4 XLE**<br>VIN: **JTMWFREV5HJ149351**<br>Line from *Schedule A/B:* **3.2** | **$16,500.00** | ☑ **$16,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Sofa(s)**<br>Line from *Schedule A/B:* **6** | **$150.00** | ☑ **$150.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Loveseat(s)**<br>Line from *Schedule A/B:* **6** | **$200.00** | ☑ **$200.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Entertainment Center / Tv Cabinet**<br>Line from *Schedule A/B:* **6** | **$50.00** | ☑ **$50.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **COFFEE TABLE**<br>Line from *Schedule A/B:* **6** | **$40.00** | ☑ **$40.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **END TABLES**<br>Line from *Schedule A/B:* **6** | **$60.00** | ☑ **$60.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **SOFA TABLES**<br>Line from *Schedule A/B:* **6** | **$60.00** | ☑ **$60.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1  __**Joseph**_____**John**_____**Terndrup**_____  Case number *(if known)* **25-44558-7**
      First Name      Middle Name      Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **KITCHEN TABLE** Line from *Schedule A/B:* **6** | $150.00 | ☑ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DINING TABLE** Line from *Schedule A/B:* **6** | $25.00 | ☑ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **CHINA CABINET** Line from *Schedule A/B:* **6** | $25.00 | ☑ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **REFRIGERATOR / FREEZER** Line from *Schedule A/B:* **6** | $150.00 | ☑ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **STOVE** Line from *Schedule A/B:* **6** | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **MICROWAVE** Line from *Schedule A/B:* **6** | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DISH WASHER** Line from *Schedule A/B:* **6** | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **WASHING MACHINE** Line from *Schedule A/B:* **6** | $25.00 | ☑ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **CLOTHES DRYER** Line from *Schedule A/B:* **6** | $25.00 | ☑ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DISHES / FLATWARE** Line from *Schedule A/B:* **6** | $10.00 | ☑ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Joseph** | **John** | **Terndrup** | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **CHINA / SILVERWARE**<br><br>Line from *Schedule A/B:* **6** | **$7.50** | ☑ **$7.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **POTS / PANS / COOKWARE**<br><br>Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **BED**<br><br>Line from *Schedule A/B:* **6** | **$630.00** | ☑ **$630.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DRESSER(S) / NIGHTSTAND(S)**<br><br>Line from *Schedule A/B:* **6** | **$190.00** | ☑ **$190.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **LAMPS / ACCESSORIES**<br><br>Line from *Schedule A/B:* **6** | **$23.00** | ☑ **$23.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **LAWNMOWER**<br><br>Line from *Schedule A/B:* **6** | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **YARD /LANDSCAPING TOOLS**<br><br>Line from *Schedule A/B:* **6** | **$17.50** | ☑ **$17.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Backpacks, purses**<br><br>Line from *Schedule A/B:* **6** | **$60.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishes, Plasticware, pots & pans, cups, mugs, bottles, & misc kitchen wares**<br><br>Line from *Schedule A/B:* **6** | **$326.00** | ☑ **$326.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Joseph** | **John** | **Terndrup** | | Case number *(if known)* **25-44558-7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Desks and bookshelves**<br><br>Line from *Schedule A/B:* **6** | **$325.00** | ☑ **$325.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Power Tools & Misc Tools**<br><br>Line from *Schedule A/B:* **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **TV - 50 inch 5+ yrs old**<br><br>Line from *Schedule A/B:* **7** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **TV - 30 inch 10+ yrs old**<br><br>Line from *Schedule A/B:* **7** | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DVD PLAYER**<br><br>Line from *Schedule A/B:* **7** | **$40.00** | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **VHS PLAYER**<br><br>Line from *Schedule A/B:* **7** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **PERSONAL COMPUTER**<br><br>Line from *Schedule A/B:* **7** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **STEREO**<br><br>Line from *Schedule A/B:* **7** | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **VIDEO GAME SYSTEM**<br><br>Line from *Schedule A/B:* **7** | **$537.00** | ☑ **$537.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **CELLULAR TELEPHONES**<br><br>Line from *Schedule A/B:* **7** | **$125.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Official Form 106C  **Schedule C: The Property You Claim as Exempt**  page **5** of **7**

Debtor 1   **Joseph          John          Terndrup**_____   Case number *(if known)* **25-44558-7**_____
  First Name        Middle Name        Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **Tablets**<br>Line from *Schedule A/B:* **7** | **$320.00** | ☑ **$320.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Adult Books and Kids Books 300+**<br>Line from *Schedule A/B:* **8** | **$375.00** | ☑ **$375.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Family pictures and photo books**<br>Line from *Schedule A/B:* **8** | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Wall decor, office decor, shelf decor, misc decor**<br>Line from *Schedule A/B:* **8** | **$350.00** | ☑ **$350.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DVDs, VHS, misc compact discs**<br>Line from *Schedule A/B:* **8** | **$85.00** | ☑ **$85.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Old Camera**<br>Line from *Schedule A/B:* **9** | **$20.00** | ☑ **$20.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Weight System - All Weights & Work-out Accessories**<br>Line from *Schedule A/B:* **9** | **$400.00** | ☑ **$400.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Shotgun + misc accessories**<br>Line from *Schedule A/B:* **10** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothes**<br>Line from *Schedule A/B:* **11** | **$1,813.00** | ☑ **$1,813.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page __6__ of __7__

Debtor 1  **Joseph          John          Terndrup**          Case number *(if known)* **25-44558-7**

First Name        Middle Name        Last Name

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wife's Wedding Ring + Mother's Diamond White gold band pair wedding** <br> Line from *Schedule A/B:* **12** | $9,000.00 | ☑ $9,000.00 <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Misc inexpensive rings** <br> Line from *Schedule A/B:* **12** | $37.50 | ☑ $37.50 <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Misc inexpensive watches** <br> Line from *Schedule A/B:* **12** | $60.00 | ☑ $60.00 <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Misc inexpensive earrings** <br> Line from *Schedule A/B:* **12** | $90.00 | ☑ $90.00 <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Misc inexpensive necklaces** <br> Line from *Schedule A/B:* **12** | $100.00 | ☑ $100.00 <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Misc inexpensive bracelets** <br> Line from *Schedule A/B:* **12** | $20.00 | ☑ $20.00 <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **John** | **Terndrup** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | **25-44558-7** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Joseph John Terndrup**
Joseph John Terndrup, Debtor 1

Date **03/06/2026**
MM/ DD/ YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Terndrup, Joseph John**                           CASE NO  **25-44558-7**

                                                            CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $420,039.00 | $343,768.00 | $76,271.00 | $76,271.00 | $0.00 |
| 3. | Motor vehicle | $41,000.00 | $22,591.00 | $18,409.00 | $18,409.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $2,819.00 | $0.00 | $2,819.00 | $2,819.00 | $0.00 |
| 7. | Electronics | $1,562.00 | $0.00 | $1,562.00 | $1,212.00 | $350.00 |
| 8. | Collectibles of value | $810.00 | $0.00 | $810.00 | $810.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $420.00 | $0.00 | $420.00 | $420.00 | $0.00 |
| 10. | Firearms | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 11. | Clothes | $1,813.00 | $0.00 | $1,813.00 | $1,813.00 | $0.00 |
| 12. | Jewelry | $9,307.50 | $0.00 | $9,307.50 | $9,307.50 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $2,004.80 | $0.00 | $2,004.80 | $0.00 | $2,004.80 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Terndrup, Joseph John**                                   CASE NO  **25-44558-7**

CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                              Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Terndrup, Joseph John**

CASE NO  **25-44558-7**

CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$479,875.30** | **$366,359.00** | **$113,516.30** | **$111,161.50** | **$2,354.80** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Terndrup, Joseph John**

CASE NO **25-44558-7**

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| SoFi<br>Checking account<br>Acct. No.: XXXXXXXX5171 | $2,002.98 | $0.00 | $2,002.98 | $2,002.98 |
| Citizens<br>Savings account<br>Acct. No.: 4958 | $1.65 | $0.00 | $1.65 | $1.65 |
| Citizens<br>Savings account<br>Acct. No.: 4421 | $0.08 | $0.00 | $0.08 | $0.08 |
| Old Computer(s) and Electronics | $350.00 | $0.00 | $350.00 | $350.00 |
| Citizens<br>Savings account<br>Acct. No.: 3159 | $0.09 | $0.00 | $0.09 | $0.09 |
| **TOTALS:** | $479,875.30 | $366,359.00 | $113,516.30 | $2,354.80 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Terndrup, Joseph John**

CASE NO **25-44558-7**

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$479,875.30** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$479,875.30** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$366,359.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$366,359.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$113,516.30** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$113,516.30** |
| J. Total Exemptions Claimed | **$111,161.50** |
| K. Total Non-Exempt Property Remaining (G-J) | **$2,354.80** |