BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Joseph John Terndrup | § | Case No.: 25−44558−elm7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

Dear jmartinez@munckwilson.com S. Wallace Dunwoody:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☐ A Notice of Hearing on
- ☐ An Amendment or Correction to a filing as follows
- ☑ The following additional Filing: Please submit a proposed order for the motion for fule 2004 examination filed 1/13/2026

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 5 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 6/24/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/J. Blanco, Deputy Clerk
juan_blanco@txnb.uscourts.gov