**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | § § § § § § § § § § § | **CASE NO.: 25-44558-ELM-7** |
| **JOSEPH JOHN TERNDRUP** | | **CHAPTER 7** |
| **Debtor.** | | |

**ORDER GRANTING UNOPPOSED MOTION FOR RULE 2004
EXAMINATION OF JOSEPH JOHN TERNDRUP**

Before this Court is Chari Pack's Unopposed Motion for Rule 2004 Examination of Joseph John Terndrup (the "Motion") [Doc. 18]. The Court finds that the Motion should be granted. It is, therefore, ordered that:

Joseph John Terndrup shall appear for oral examination on January 16, 2026, at 10:00 a.m. via Zoom videoconference, or on a day and time mutually agreeable by the parties, to testify regarding the matters set forth in the Motion.

1

2

IT IS SO ORDERED

### End of Order ###

2