# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 25-44558 | ELM | Judge: | Edward L. Morris | |
| Case Name: | Joseph John Terndrup | | | | |
| For Period Ending: | 06/30/2026 | | | | |
| Trustee Name: | Marilyn D. Garner, Trustee | | | | |
| Date Filed (f) or Converted (c): | 11/21/2025 (f) | | | | |
| 341(a) Meeting Date: | 12/30/2025 | | | | |
| Claims Bar Date: | | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bedrooms, 2 Bath.<br>3412 Beekman Dr<br>Keller, Tx 76244 Tarrant<br><br>included in amended schedules [29] | 420,039.00 | 343,768.00 | | 0.00 | FA |
| 2. 2020 Toyota Highlander Xle Mileage: 34104 Vin: 5Tdgzrah5ls003233<br><br>included in amended schedules [29] | 24,500.00 | 22,591.00 | | 0.00 | FA |
| 3. 2017 Toyota Rav4 Xle Mileage: 71348 Vin: Jtmwfrev5hj149351<br><br>included in amended schedules [29] | 16,500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 25-44558 | ELM | Judge: Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Joseph John Terndrup | | | Date Filed (f) or Converted (c): | 11/21/2025 (f) |
| | | | | 341(a) Meeting Date: | 12/30/2025 |
| For Period Ending: | 06/30/2026 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 4. Household goods and furnishings<br><br>Backpacks, purses $60.00<br>BED $630.00<br>CHINA / SILVERWARE $7.50<br>CHINA CABINET $25.00<br>CLOTHES DRYER $25.00<br>COFFEE TABLE $40.00<br>Desks and bookshelves $325.00<br>DINING TABLE $25.00<br>DISH WASHER $50.00<br>DISHES / FLATWARE $10.00<br>Dishes, Plasticware, pots & pans, cups, mugs,<br>bottles, & misc kitchen wares $326.00<br>DRESSER(S) / NIGHTSTAND(S) $190.00<br>END TABLES $60.00<br>Entertainment Center / Tv Cabinet $50.00<br>KITCHEN TABLE $150.00<br>LAMPS / ACCESSORIES $23.00<br>LAWNMOWER $25.00<br>Loveseat(s) $200.00<br>MICROWAVE $20.00<br>POTS / PANS / COOKWARE $25.00<br>Power Tools & Misc Tools $100.00<br>REFRIGERATOR / FREEZER $150.00<br>SOFA TABLES $60.00<br>Sofa(s) $150.00<br>STOVE $50.00<br>WASHING MACHINE $25.00<br>YARD /LANDSCAPING TOOLS $17.50<br>included in amended schedules [29] | 2,819.00 | 2,719.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 25-44558 | ELM | Judge: Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Joseph John Terndrup | | | Date Filed (f) or Converted (c): | 11/21/2025 (f) |
| | | | | 341(a) Meeting Date: | 12/30/2025 |
| For Period Ending: | 06/30/2026 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5. Electronics<br><br>CELLULAR TELEPHONES $125.00<br>DVD PLAYER $40.00<br>Old Computer(s) and Electronics $350.00<br>PERSONAL COMPUTER $100.00<br>STEREO $15.00<br>Tablets $320.00<br>TV - 30 inch 10+ yrs old $15.00<br>TV - 50 inch 5+ yrs old $50.00<br>VHS PLAYER $10.00<br>VIDEO GAME SYSTEM $537.00<br>included in amended schedules [29] | 1,562.00 | 1,242.00 | | 0.00 | FA |
| 6. Collectibles of value<br><br>Adult Books and Kids Books 300+ $375.00<br>DVDs, VHS, misc compact discs $85.00<br>Family pictures and photo books $0.00<br>Wall decor, office decor, shelf decor, misc decor $350.00<br>included in amended schedules [29] | 810.00 | 725.00 | | 0.00 | FA |
| 7. Old Camera, Weight System - All Weights & Work-Out Accessories<br><br>included in amended schedules [29] | 420.00 | 20.00 | | 0.00 | FA |
| 8. Shotgun + Misc Accessories<br><br>included in amended schedules [29] | 100.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry<br><br>Misc inexpensive bracelets $20.00<br>Misc inexpensive earrings $90.00<br>Misc inexpensive necklaces $100.00<br>Misc inexpensive rings $37.50<br>Misc inexpensive watches $60.00<br>Wife's Wedding Ring + Mother's Diamond<br>White gold band pair wedding $9,000.00<br>included in amended schedules [29] | 9,307.50 | 9,287.50 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 25-44558 ELM | Judge: Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee | |
| Case Name: | Joseph John Terndrup | | Date Filed (f) or Converted (c): | 11/21/2025 (f) | |
| | | | 341(a) Meeting Date: | 12/30/2025 | |
| For Period Ending: | 06/30/2026 | | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Cash<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 11. Bank Of America<br>Account Number: Xxxxxxxx6538<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 12. Sofi<br>Account Number: Xxxxxxxx5171<br><br>included in amended schedules [29] | 2,002.98 | 2,002.98 | | 0.00 | FA |
| 13. Citizens<br>Account Number: 4958<br><br>included in amended schedules [29] | 1.65 | 1.65 | | 0.00 | FA |
| 14. Citizens<br>Account Number: 4421<br><br>included in amended schedules [29] | 0.08 | 0.08 | | 0.00 | FA |
| 15. Sofi<br>Account Number: 2456<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 16. Drive Link Holdings Llc Shares: 2.5%<br>Business Was In Financial Distress And Looks Like It Shut Down And Sold Off It's<br>Assets To Pay Creditors. As Far As I Understand, It's Not Worth Anything And Is Not<br>In Business Anymore.<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 17. Drups Co Llc Shares: 100%<br>Business Operations Have Ended<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 25-44558 | ELM | Judge: Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Joseph John Terndrup | | | Date Filed (f) or Converted (c): | 11/21/2025 (f) |
| | | | | 341(a) Meeting Date: | 12/30/2025 |
| For Period Ending: | 06/30/2026 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 18. Drups Ecosystem Lp<br>Entity Never Used For Anything. Empty Entity.<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 19. Drups Net Llc<br>Entity Never Used For Anything. Empty Entity.<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 20. Drups Ventures Llc<br>Business Operations Have Ended<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 21. Persnickety Llc Shares: 84.5%<br>Business Operations Have Ended<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 22. Sunny Lark Llc Shares: 100%<br>Business Operations Have Ended<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 23. Undg F&P Llc Shares: 97%<br>Business Operations Have Ended<br><br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 24. Interests in insurance policies<br><br>Equitable<br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 25. Interests in insurance policies<br><br>Ladder Life<br>included in amended schedules [29] | 0.00 | 0.00 | | 0.00 | FA |
| 26. Adversary Proceeding (u)<br><br>adversary proceeding NO. 26-04004-elm | Unknown | Unknown | | 0.00 | Unknown |

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $478,062.21 | $382,357.21 | $0.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee, with the assistance of counsel, continues to evaluate potential assets and claims of the Estate. Debtor's schedules reflect current or prior ownership of various inter-related companies, some of which may have transferred ownership and/or ceased operations. Trustee and and counsel have interviewed a business associate and reviewed some business records. Trustee will continue her efforts to identify and liquidate potential assets of the Estate.

Initial Projected Date of Final Report (TFR): 12/31/2027 Current Projected Date of Final Report (TFR): 12/31/2027

Trustee Signature: /s/ Marilyn D. Garner, Trustee Date: 07/30/2026

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006
(817)505-1499
mgarner@marilyndgarner.net